**Exhibit A to the Complaint**

**Location:** Parsippany, NJ  **IP Address:** 69.112.39.205
**Total Works Infringed:** 26  **ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: EAB2397384B19AA89B987261808AB979F962822E<br>File Hash:<br>6603E3B54B2503DA948AB6D6F05E3CE18E3220BD3E45F2EF217F231364844512 | 11-30-2022 21:50:19 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 2 | Info Hash: 9A1914A19ED3A2C657DDF0750FBC8893D424A998<br>File Hash:<br>1F45F73B67A0D05CF01A8E6FE08B9E2A73D90375D065F4D8E828233808EC74A8 | 11-18-2022 13:47:12 | Slayed | 03-22-2022 | 04-21-2022 | PA0002353052 |
| 3 | Info Hash: B33119956D9B21CAA7FE161CF179D71BDAD7DCFD<br>File Hash:<br>5186740C1280B010020CCD005C32C7D3B148CD324862CDC39AC7B57D929CBAD5 | 10-24-2022 19:11:20 | Slayed | 05-03-2022 | 06-09-2022 | PA0002361668 |
| 4 | Info Hash: 2045279A2FFE52B05C6F44502AD282947AF7144B<br>File Hash:<br>4F12177BE0A4ECC70CAFCFF99EC5610ED9533415F39A05D13BA45AC5DA98307D | 09-20-2022 14:52:41 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 5 | Info Hash: E1069C6681DE1584E554B119079495D8ED65DE04<br>File Hash:<br>612F1C257CF33AC18778BE338A2AE152A2C73164FA3BF4BE7EA98E40E8867BF4 | 09-20-2022 14:46:14 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 6 | Info Hash: 41B3EC2D6CD45BBF85051632D43E36BAA7523668<br>File Hash:<br>4D07D751E827A8C46DE62E42081B735949517A90A8475AAF97AB3299529BF463 | 09-16-2022 12:42:26 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 7 | Info Hash: 6EAB5ED5FD91C3212958363B707DEC22D250C76E<br>File Hash:<br>A2309694347FCD610F03DA752BFB9F19A427A2D36230609D1B34DD87EA5ED92D | 07-23-2022 15:05:43 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 8 | Info Hash: 3B37C1EA3D5C559642EFB1989022683E55102FEE<br>File Hash:<br>B18A02CD77883EF5121CBD98BFC22A9C16AD954E3CFF6383D242DFDFC0C93377 | 07-23-2022 14:46:27 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 9 | Info Hash: 843252C34A08DF36967AC350101638400957B344<br>File Hash:<br>EEB99E78B3AB556BD561F65B464A8F72C78FBAB27E453DDC28996B081BE5C3F6 | 06-14-2022 13:22:36 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 10 | Info Hash: A91BAE9E8AD4E7F4E9086E3F19625651460535FC<br>File Hash:<br>E0EDA3B3156E82CC8C2DC4A5BAFF9239F988C6A987673C280574A2D6D8EBBBFF | 06-11-2022 06:53:18 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 11 | Info Hash: 26F269F82BF4AF38796C34064B2D737E30E457D3<br>File Hash:<br>E1896FBFC5152E1C2CFC9AA8D19C66FE0AE7A5DE961DBA58DCDA0D27E7F88D49 | 04-28-2022 14:23:17 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A614BF1BE073B43635C9B8EA773F1E790E5D855F<br>File Hash: 4FF8D0E9D0B7A251667A33247FC03A4E2DEF45A12F70315D8149EF5A51D1A2CA | 04-13-2022 03:01:22 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 13 | Info Hash: 54B525D8F1AD3A5C1E59EEEA84DEA9B06A09EBFF<br>File Hash: 72A4EC8DB48DAB398018E0391043D844D1132633FA12CA3FC0DDA4A0FA01BA57 | 04-13-2022 03:00:26 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 14 | Info Hash: D4F52517DC48FF927307B55BE341A274683C38C4<br>File Hash: BCA131295A648A2056BB8137A759EDE88EF9FF40A75F91EA4155B955F0188189 | 04-12-2022 19:52:32 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 15 | Info Hash: 9162DFC95D07F61B6573C19E353C74845A72A05E<br>File Hash: B4C1D1C420E1D61A9CA81563D4EBE100A5E689F8C4182665ED39ED02C515BCD0 | 04-11-2022 16:04:42 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 16 | Info Hash: A8ACCBA5E8CF0D8ABF341758D9D788C9AEF138A1<br>File Hash: AFCF49B8B9A4B20C87E856A700CDA399F65BB5040CD14A30F8E54DEDBDC36258 | 04-11-2022 16:03:35 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 17 | Info Hash: 5945514AF8899CFD10AE694A65388F2474D822DD<br>File Hash: EC127D9D93262F61A8F29FCD024A89A603FBE2E1FB7A7F7EA67A513E8E7CC349 | 04-11-2022 15:34:29 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 18 | Info Hash: 8CAC66CCB88E790B9BF93881C412279216F54056<br>File Hash: F868D5A6E53BF4E69B70B537ED613FA7D219A7F2798E57533B614D3C829B02D7 | 03-21-2022 04:29:13 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 19 | Info Hash: FEEBECAA998216E1D4D802C44D40E909B9C1DD94<br>File Hash: 577A3107EFC910C13753703BA005F1950CC38D1155D27BB13E25CACA29EE5021 | 03-21-2022 04:20:15 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 20 | Info Hash: 8A2A436410EFDF87A77B4466211A615B6DBC8CDE<br>File Hash: 97AF1CA5C81683F4D9019EA1DCC3A31767B25FB2E1CDD76AB0E653F09DA1A9BC | 11-19-2021 14:44:49 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 21 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 11-19-2021 14:28:35 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 22 | Info Hash: CD9E2899B1099B6BABE667200E8A98A7F3DE3841<br>File Hash: B9EBB7CDF4CF19E4639EC3E6B9CDA2BB0C0CA68D2C98C9EC3E012A3D437AF5C6 | 11-19-2021 14:16:44 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 23 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash: FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 10-20-2021 13:50:39 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F0678D43D99CA3090A40B3378092DBC2031E74E7<br>File Hash:<br>70CB5FC46BFFBB0CCB1ADCFE988F951CC5A5125E5291DA7F7E02F5F01CBAB49E | 10-20-2021 13:46:32 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 25 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash:<br>361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 10-20-2021 13:45:43 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 26 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash:<br>72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 08-02-2021 19:52:51 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |